# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2011

144094 & (19)(20)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

BRYAN CROTEAU,
          Plaintiff-Appellee,

v

AUTO-OWNERS INSURANCE COMPANY,
          Defendant,

and

MICHIGAN CATASTROPHIC CLAIMS
ASSOCIATION and SHERRI LEPOFSKY
          NonParties/Appellants.

SC: 144094
COA: 306856
Oakland CC: 2010-113223-NF

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 14, 2011 order is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay of proceedings is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2011

_____
Clerk

t1129